UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. LYONS, et al.,<br><br>　　　　Defendants. | **1:19-cv-01650-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 24.)**<br><br>**ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANT LUCAS FOR RETALIATION AND VIOLATION OF FREEDOM OF SPEECH UNDER THE FIRST AMENDMENT, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS**<br><br>**OBJECTIONS, IF ANY, DUE IN 14 DAYS** |

　　Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On November 4, 2020, the court entered findings and recommendations, recommending that this action proceed only against defendant A. Lucas (Appeals Coordinator) for retaliation and violation of freedom of speech, under the First Amendment, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (ECF No. 24.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period has expired, and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636, the Court has reviewed the matter. The court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on November 4, 2020, are ADOPTED in full;
2. This action now proceeds with Plaintiff's First Amended Complaint, filed on April 3, 2019, against defendant A. Lucas (Appeals Coordinator) for retaliation and violation of freedom of speech, in violation of the First Amendment;
3. All other claims and defendants are dismissed from this action for Plaintiff's failure to state a claim upon which relief may be granted under § 1983;
4. Plaintiff's claims for violation of the prison appeals process, denial of access to courts, conspiracy, and violation of equal protection are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted;
5. Defendant Gonzales is dismissed from this action based on Plaintiff's failure to state any claims against him or her upon which relief may be granted; and
6. This case is referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated:   December 4, 2020                              _____
                                                              SENIOR  DISTRICT  JUDGE