UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>             Plaintiff,<br><br>      vs.<br><br>J. LYONS, et al.,<br><br>             Defendants. | **1:19-cv-01650-AWI-GSA-PC**<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS**<br><br>**(ECF No. 61.)** |

On March 14, 2022, Defendant Lucas filed a motion for summary judgment. (ECF No. 61.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant's motion for summary judgment; and

2. If Plaintiff fails to comply with this order, the court shall recommend that this action be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

   Dated:   **April 19, 2022**                         **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE