# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LYONS, et al.,<br><br>　　　　Defendants. | 1:19-cv-01650-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 76.)**<br><br>**ORDER DENYING DEFENDANT LUCAS'S MOTION FOR TERMINATING AND MONETARY SANCTIONS**<br><br>**(ECF No. 57.)** |

Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 25, 2023, findings and recommendations were issued, recommending that Defendant Lucas's motion for terminating and monetary sanctions be denied. (ECF No. 76.) The parties were granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period has passed, and no party has filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 25, 2023, are ADOPTED IN FULL;
2. Defendant Lucas's motion for terminating and monetary sanctions, filed on March 4, 2022, is DENIED; and
3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   April 7, 2023                                         _____
                                                               SENIOR  DISTRICT  JUDGE