UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>  vs.<br><br>J. LYONS, et al.,<br><br>        Defendants. | 1:19-cv-01650-AWI-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 82.)**<br><br>**DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS:**<br><br>    <u>**APRIL 28, 2023**</u><br><br>**(ECF No. 77.)** |

Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint filed on April 3, 2019, against defendant A. Lucas (Appeals Coordinator) ("Defendant") for violation of freedom of speech under the First Amendment.[1] (ECF No. 12.)

On March 1, 2023, Plaintiff filed a motion for extension of time to file objections to the findings and recommendations issued on February 14, 2023. (ECF No. 82.)

---

[1] On July 27, 2021, the court dismissed all other claims from this case based on Plaintiff's failure to state a claim. (ECF No. 36.)

1

The Court finds good cause to grant Plaintiff an extension of time **until April 28, 2023** in which to file objections.  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff is granted an extension of time **until April 28, 2023** in which to file objections to the findings and recommendations issued on February 14, 2023.

IT IS SO ORDERED.

    Dated:   **April 11, 2023**                  **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE